1  Shane E. Olafson (Bar No. 024605)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
2  201 East Washington Street, Suite 1200
   Phoenix, AZ 85004
3  Phone: (602) 262-5327
   Fax: (602) 734-3756
4
   Philip L. Hirschhorn (pro hac vice)
5  BUCHANAN INGERSOLL & ROONEY PC
   1290 Avenue of the Americas, 30th Floor
6  New York, NY 10104-3001
   Phone: (212) 440-4470
7  Fax: (212) 440-4401

8  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Zoetis LLC, Zoetis Services LLC, and Zoetis US LLC, | No. CV-16-02640-PHX-DJH |
| Plaintiffs, | **STIPULATED MOTION FOR INFRINGEMENT, INJUNCTION, AND DISMISSAL WITH PREJUDICE** |
| vs. | |
| Attix Pharmaceuticals Inc., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Zoetis LLC, Zoetis Services LLC, and Zoetis US LLC (collectively, "Zoetis") and Defendant Attix Pharmaceuticals Inc. ("Attix") jointly move the Court for (1) an order of stipulated infringement of U.S. Patent No. 8,133,899 ("the '899 patent") by Attix, (2) a permanent injunction against Attix as described in the proposed order submitted herewith, and (3) dismissal of this action, with prejudice, with the parties to bear their own attorneys' fees and costs.

Zoetis filed this action on August 4, 2016, based on Attix's alleged infringement of the '899 patent. (Doc. 1) Attix answered the Complaint on January 16, 2017, generally denying any infringement. (Doc. 17) Attix did not assert any counterclaims. (*Id.*) The parties have now entered into a settlement agreement, and as part of that

agreement, stipulate to the above relief as further detailed in the proposed order submitted herewith.

Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed.R.Civ.P. 41(a)(2). Parties may condition dismissal with prejudice subject to compliance with the terms of a settlement agreement and courts may retain jurisdiction so that the agreement can be enforced. *See, e.g., Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-2 (1994). Because the parties have resolved their dispute via written settlement agreement, dismissal of this action with prejudice, subject to compliance with the terms of their settlement agreement and with the proviso that this Court retains jurisdiction to enforce the settlement agreement, is appropriate upon the terms set forth in the proposed order submitted herewith.

RESPECTFULLY SUBMITTED this 16th day of August, 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/Shane E. Olafson*
Shane E. Olafson
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
*Attorneys for Plaintiffs Zoetis LLC,
Zoetis Services, LLC and Zoetis US LL*

GALLAGHER & KENNEDY

By: *s/Ken M. Motolenich-Salas with permission*
Ken M. Motolenich-Salas
2575 East Camelback Road, Suite 1100
Phoenix, AZ 85016
*Attorneys for Defendant Attix
Pharmaceutical Corp.*

## CERTIFICATE OF SERVICE

I certify that on August 16, 2017, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kenneth M. Motolenich-Salas – ken.motolenich@gknet.com

Manish K. Mehta – mmehta@beneschlaw.com

David Almeida – dalmeida@beneschlaw.com

By: *s/Ashly White*