1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zoetis LLC, Zoetis Services LLC, and Zoetis US LLC,, <br><br> Plaintiffs, <br><br> v. <br><br> Attix Pharmaceuticals Inc., <br><br> Defendant. | No. CV-16-02640-PHX-DJH <br><br> **ORDER** |

This matter is before the Court on the parties' Stipulated Motion for Infringement, Injunction, and Dismissal With Prejudice (Doc. 31).

Upon review by the Court, and pursuant to the stipulation of the parties,

**IT IS ORDERED** that the Stipulated Motion (Doc. 31) is **GRANTED** as follows:

1. For purposes of this action only, Attix stipulates to infringement of U.S. Patent No. 8,133,899 (the "'899 patent") relating to Attix's sale of oclacitinib into the United States.

2. Attix and its employees, officers, agents, assigns, and all others acting by or on behalf of Attix, shall be and are hereby immediately and permanently enjoined from making, using, selling, or offering for sale in the United States or importing into the United States oclacitinib in any form, specifically including oclacitinib maleate and oclacitinib free base, unless and until the '899 patent expires or is declared invalid or

unenforceable by a Court or administrative agency of competent jurisdiction, or otherwise agreed to in writing signed by Zoetis and Attix.

3. Both Zoetis and Attix have an obligation to comply with the terms of the Settlement Agreement dated July 28, 2017, which are incorporated herein by reference.

4. This Court retains jurisdiction to enforce the Settlement Agreement.

5. Pursuant to Fed. R. Civ. P. 41(a)(2), this action is dismissed with prejudice, subject to compliance with the terms of the Settlement Agreement.

6. Each party shall bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this case.

**Dated** this 16th day of August, 2017.

Honorable Diane J. Humetewa
United States District Judge